HOOKER, CORSER & MITCHELL COMPANY, Appellant, *v.* MAUDE E. HOOKER et al., Respondents.

*Hooker, Corser & Mitchell Co.* v. *Hooker*, 186 App. Div. 923, appeal dismissed.

(Submitted January 27, 1919; decided February 4, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1918, *unanimously* affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*John Alexander* for motion.

*Robert J. Landon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.